March 11, 2005

Mr. Glenn M. Karisch
Barnes & Karisch, P.C.
2901-D Bee Caves Road
Austin, TX 78746

Honorable Guy S. Herman
Probate Court No 1
PO Box 1748
Austin, TX 78767-1748

Ms. Alice London
Watson Bishop London & Galow
106 East 6th Street, Suite 700
Austin, TX 78701
Mr. John B. Kyle
Kyle Mathis & Lucas, L.L.P.
8300 Douglas, Suite 700
Dallas, TX 75225

Mr. Jack W. London
Law Offices of Jack W. London & Associates , P.C.
106 E. 6th Street, Suite 700
Austin, TX 78701

RE: Case Number: 03-0867
 Court of Appeals Number: 03-03-00233-CV
 Trial Court Number: 77,916-A and B

Style: IN RE WILSON N. JONES MEMORIAL HOSPITAL, RAMONA HENSON, R.N.,
 AND SHELLY SELF, L.V.N.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The Motion for Temporary Order
under Rule 29.3 is dismissed as moot.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dana |
| |DeBeauvoir |
| |Ms. Diane O'Neal |